# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER CANTON, <br><br> Defendant. | 2:12-CR-276 <br><br> ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR CHRISTOPHER CANTON |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **CHRISTOPHER CANTON,** ID #1699035, before the United States Magistrate Judge at Las Vegas, Nevada, on or about ___ I/A & A/P FRI: 8/10/12  3:00 PM  VCF 3D ___, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: July 23, 2012

_____
UNITED STATES MAGISTRATE JUDGE

```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  ANDREW W. DUNCAN
    Assistant United States Attorney
 3  333 Las Vegas Blvd., S., Suite 5000
    Las Vegas, Nevada 89101
 4  (702) 388-6336
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-276 |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR CHRISTOPHER CANTON |
| CHRISTOPHER CANTON, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **CHRISTOPHER CANTON**, ID #1699035, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **CHRISTOPHER CANTON** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **CHRISTOPHER CANTON** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on I/A & A/P Fri 8/10/12 3:00 PM VCF 3D, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **CHRISTOPHER CANTON** before the United States Magistrate Judge on or about I/A & A/P Fri 8/10/12 3:00 PM VCF 3D, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

|  | WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center and to the United States Marshal for the District of Nevada, commanding them to produce the said **CHRISTOPHER CANTON** before the United States District Court on or about _____ I/A & A/P Fri 8/10/12 3:00 PM VCF 3D _____, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada. |

**DATED:** this 31st day of July 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Andrew W. Duncan

ANDREW W. DUNCAN
Assistant United States Attorney