UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CANTON,<br><br>Defendant. | Case No. 2:12-cr-0276-APG-VCF<br><br>ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS |

On March 22, 2013, defendant Christopher Canton filed a motion [Dkt #28] to suppress evidence obtained from a vehicle which he was driving when stopped by police. On August 15, 2013, Magistrate Judge Ferenbach entered his Report and Recommendation [Dkt #48] recommending that Defendant Canton's Motion to Suppress [Dkt #28] should be denied. Canton filed an Objection to the Report and Recommendation [Dkt #49] and the Government filed a Response [Dkt #50]. Pursuant to Local Rule IB 3-2(b), the court has conducted a *de novo* review of the motion to suppress and related papers. Good cause appearing,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation is accepted and approved in its entirety. Magistrate Judge Ferenbach's detailed analysis is adopted herein.

Dated: September 8, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE