# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTOPHER CANTON, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 2:12-cr-276-APG-VCF <br><br> **O R D E R** |

On October 30, 2013, the Court released Mace J. Yampolsky, Esq. as counsel for Christopher Canton and ordered new counsel appointed (Dkt. #57). Therefore;

**IT IS HEREBY ORDERED** that Thomas A. Ericsson, Esq. is appointed as counsel for Christopher Canton in place of Mace J. Yampolsky, Esq. for all future proceedings.

**IT IS FURTHER ORDERED** that Mr. Yamplosky shall forward the file to Mr. Ericsson forthwith.

DATED this 7th day of November, 2013.

Nunc Pro Tunc: November 7, 2013.

_____
ANDREW P. GORDON
United States District Judge